Max MILLET and Dora Millet, Plaintiffs-Appellants,

v.

UNITED STATES of America, Defendant-Appellee.

No. 283, Docket 26704.

United States Court of Appeals
Second Circuit.

Argued Feb. 20, 1961.

Decided March 23, 1961.

Louis Granick, Brooklyn, N. Y., for plaintiffs-appellants.

Richard S. Harrell, Asst. U. S. Atty., Eastern District of New York, Brooklyn, N. Y. (Cornelius W. Wickersham, Jr., U. S. Atty., E.D.N.Y., Brooklyn, N. Y., on the brief), for defendant-appellee.

Before HINCKS and MOORE, Circuit Judges, and BRENNAN, District Judge.*

PER CURIAM.

Affirmed on the opinion below, 189 F. Supp. 88.

Earnest YOUNG et al., Appellants,

v.

CITY OF FAIRFIELD, ALABAMA et al., Appellees.

No. 18768.

United States Court of Appeals
Fifth Circuit.

March 23, 1961.

David H. Hood, Jr., Bessemer, Ala., for appellant.

J. Clewis Trucks, Fairfield, Ala., William G. West, Jr., Birmingham, Ala.,

Frank B. Parsons, Fairfield, Ala., for appellees.

Before RIVES, BROWN and WISDOM, Circuit Judges.

PER CURIAM.

We find no reversible error in the rulings of the district court upon the admissibility of evidence. The findings of fact by the district court are certainly not clearly erroneous. We agree with its conclusions of law. The judgment is therefore,

Affirmed.